**Opinion filed May 9, 2024**



# In The

# Eleventh Court of Appeals

_____

## No. 11-24-00074-CR

_____

## WILLIAM ARNETT, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 244th District Court**
**Ector County, Texas**
**Trial Court Cause No. C-23-0621-CR**

## M E M O R A N D U M   O P I N I O N

Appellant, William Arnett, has filed a pro se notice of appeal that relates to his pending criminal case in trial court cause no. C-23-0621-CR.  In the notice of appeal, Appellant requests that we "assume Jurisdiction in efforts to forward this case to Resolution."  We dismiss the appeal.

Appellant's notice of appeal appears to relate to purported applications for writ of habeas corpus that he states he filed in the trial court.  However, when this appeal was docketed, the district clerk's office informed this court that there is no

record of any trial court order denying a pro se application for writ of habeas corpus in the cause below.[1] As a result, the clerk of this court wrote Appellant and informed him that it did not appear that the trial court had entered an appealable order. We requested Appellant's counsel[2] to respond and show grounds to continue this appeal. Appellant, pro se, requested a "continuance" but has not shown grounds upon which this appeal may continue.

An appellate court has jurisdiction to consider an appeal filed by a criminal defendant from a final judgment of conviction or as otherwise authorized by law. *Ragston v. State*, 424 S.W.3d 49, 51–52 (Tex. Crim. App. 2014); *Abbott v. State*, 271 S.W.3d 694, 696–97 (Tex. Crim. App. 2008). At the time that Appellant filed his notice of appeal, the trial court had not ruled on any pending writ of habeas corpus application. Because the trial court has not entered an appealable order in the underlying proceeding, we have no jurisdiction to entertain this appeal.

Accordingly, we dismiss the appeal for want of jurisdiction.


W. BRUCE WILLIAMS

JUSTICE


May 9, 2024

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.

---

[1]The district clerk's office informed this court that Appellant has not filed an application for writ of habeas corpus but has written letters to the trial court. According to the clerk's office, Appellant's pro se correspondence has been sent to the trial court.

[2]We note that Appellant is represented by a court-appointed attorney in the proceedings below.